*E-filed: September 18, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LUSBY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GAMESTOP INC., GAMESTOP Corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C12-03783<br><br>**ORDER REQUIRING PARTIES TO FILE ADMINISTRATIVE MOTION UNDER CIVIL L.R. 3-12(b)** |

    This putative class action for recovery of wage and hour claims was filed in the San Jose Division and assigned to the undersigned on July 19, 2012. Filed simultaneously with the complaint was plaintiff's motion for an order (1) granting preliminary approval of the class action settlement agreement; (2) granting conditional certification of the settlement class; (3) appointing class counsel; (4) appointing class representative; (5) appointing claims administrator; and (6) approving class notice and claim form and timeline for administration. The parties consented to proceed before a Magistrate Judge. The moving papers reveal that this action was first filed in the Superior Court for the State of California in the County of San Francisco. Defendants removed the action to the Northern District of California, San Francisco Division and, after the parties declined to proceed before a Magistrate Judge, the case was assigned to Judge Alsup (*Lusby v. Gamestop Inc. et al.*, 11-CV-05361 (WHA)). Plaintiff voluntarily dismissed that action without prejudice about four months after removal. After dismissal of the case, counsel for the named plaintiff and defendants reached

1  an agreement to settle the claims.  Thereupon, plaintiff re-filed the action in the San Jose Division of
2  the Northern District and immediately sought approval of the settlement agreement.
3        The parties confirmed this procedural history at the hearing held before this court on
4  September 18, 2012.  The procedural history of this case appears to be a violation of Civil Local
5  Rule 3-3(c).  Accordingly, the parties in the present case are ordered to file forthwith in *Lusby v.*
6  *Gamestop Inc. et al.*, 11-CV-05361, an Administrative Motion to Consider Whether Cases Should
7  be Related, pursuant to Civil Local Rule 3-12(b).  In accordance with this rule, the parties shall
8  lodge a Chambers copy of the motion with both Judge Alsup and with the undersigned.  In view of
9  this order, the parties may defer filing the submissions and amended complaint discussed at the
10 September 18 hearing.
11 **IT IS SO ORDERED.**
12 Dated: September 18, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-03783 HRL** Notice will be electronically mailed to:

Carrie Anne Gonell: cgonell@morganlewis.com, pmartin@morganlewis.com

John David Hayashi: jhayashi@morganlewis.com, dghani@morganlewis.com

Molly Ann DeSario: mdesario@scalaw.com, grafal@scalaw.com, jmusgrave@scalaw.com, kngo@scalaw.com, kweekes@scalaw.com, mbainer@scalaw.com, scole@scalaw.com, vantonian@scalaw.com

Scott Edward Cole: scole@scalaw.com, cdavis@scalaw.com, jmusgrave@scalaw.com, kngo@scalaw.com, Mbainer@scalaw.com, mdesario@scalaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**