*E-Filed: November 5, 2013*

MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL (SBN 257163)
cgonell@morganlewis.com
JOHN D. HAYASHI (SBN 211077)
jhayashi@morganlewis.com
NEAL A. FISHER JR. (SBN265596)
neal.fisher@morganlewis.com
5 Park Plaza
Suite 1750
Irvine, CA  92614
Tel:    949.399.7000
Fax:   949.399.7001

Attorneys for Defendants
GAMESTOP, INC. and GAMESTOP CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LUSBY, individually and on behalf of all other similarly situated,,<br><br>Plaintiff,<br><br>vs.<br><br>GAMESTOP, INC.; GAMESTOP Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV-12-03783-HRL<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: Dec. 12, 2013<br>Time:                    10:00 A.M. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 24501912.1

1

PROPOSED ORDER
CV-12-03783-HRL

**PROPOSED ORDER**

Based on the stipulation of the parties, and for good cause appearing:

1. The deadline for Plaintiffs to file the Motion for Preliminary Approval of Class Action Settlement is continued to November 12, 2013.

2. The hearing date of December 12, 2013 at 10:00 a.m. shall remain unchanged.

IT IS SO ORDERED.

Dated: November _5_, 2013          By _____
                                        Hon. Howard R. Lloyd
                                        U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 24501912.1

2

~~PROPOSED~~ ORDER
CV-12-03783-HRL