*E-Filed: May 20, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LUSBY, ET AL., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>GAMESTOP INC., ET AL.,<br><br>　　　　Defendants.<br>_____/ | No. C12-03783 HRL<br><br>**SECOND INTERIM ORDER RE PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Re: Docket No. 33] |

　　　　Plaintiffs, representing a putative class, sue Gamestop for various alleged wage and hour violations. At the preliminary approval hearing, the Court expressed several concerns, most of which were sufficiently addressed in a supplemental declaration of Plaintiffs' counsel, which also included an updated settlement agreement. *See* Dkt. No. 36. However, the Court had some lingering issues with respect to the formula for allocating settlement payments among the subclasses. In an interim order, the Court asked the parties to further explain why the average hourly rate was a reasonable proxy of differences in hourly rates, hours worked, and claims among the subclasses, and to consider incorporating the subclasses' average hours per week into the calculation. *See* Dkt. No. 40 ("Interim Order"). The Court also requested the following estimates: (1) payouts based on 30% participation; (2) payouts based on 100% participation; (3) potential recovery if the class prevailed on every claim raised in the complaint; and (4) Gamestop's share of payroll taxes. *Id.*

In response to the Interim Order, counsel for Plaintiffs submitted another supplemental declaration in which she provided the requested estimates and expressed the parties' intent to adopt the Court's suggestion to include average hours worked in the allocation formula.  *See* Dkt. No. 41. In view of these anticipated changes, as well as those already made since the filing of the motion, the Court invites a new motion for preliminary approval.

**IT IS SO ORDERED.**

Dated: May 20, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**C12-03783 HRL N**otice **will be electronically mailed to:**

Carrie Anne Gonell     cgonell@morganlewis.com, pmartin@morganlewis.com

John David Hayashi     jhayashi@morganlewis.com, dghani@morganlewis.com

Molly Ann DeSario     mdesario@scalaw.com, grafal@scalaw.com, jmusgrave@scalaw.com, kweekes@scalaw.com, mbainer@scalaw.com, mlebron@scalaw.com, mmedrano@scalaw.com, scole@scalaw.com

Scott Edward Cole     scole@scalaw.com, cdavis@scalaw.com, jcampbell@scalaw.com, jmusgrave@scalaw.com, Mbainer@scalaw.com, mdesario@scalaw.com, mlebron@scalaw.com, mmedrano@scalaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**